IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE JOHN WHITEHILL, Husband; and HALEY BROOKE DAVIS-WHITEHILL, Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL RAY ROPTE, Individually, and as Agent for Little D Trucking, a Trade Name or Company; and LITTLE D TRUCKING,<br><br>Defendants. | 8:22CV373<br><br>ORDER ON STIPULATION FOR DISMISSAL |

This case is before the Court on the Stipulation for Dismissal, signed by both parties. Filing 25. The parties stipulate to dismissal with prejudice, with each party to bear its own costs and with complete record waived. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal, Filing 25, is granted. This case is dismissed with prejudice, with each party to bear its own costs and with complete record waived.

Dated this 30th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1